**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

25-CR-80013

**UNITED STATES OF AMERICA**

**v.**

**JOSEPH RODRIGUEZ**

**Defendant.**

_______________________________________/

## VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant JOSEPH RODRIGUEZ:

**COUNT 1**

1. As to Count 1 of the Indictment, conspiracy to commit health care fraud,

___X___ Guilty

_______ Not Guilty

**COUNTS 2-7**

2. As to Count 2 of the Indictment, health care fraud,

✓ Guilty ______ Not Guilty

3. As to Count 3 of the Indictment, health care fraud,

✓ Guilty ______ Not Guilty

4. As to Count 4 of the Indictment, health care fraud,

✓ Guilty ______ Not Guilty

5. As to Count 5 of the Indictment, health care fraud,

✓ Guilty ______ Not Guilty

6. As to Count 6 of the Indictment, health care fraud,

✓ Guilty ______ Not Guilty

7. As to Count 7 of the Indictment, health care fraud,

X Guilty

________ Not Guilty

SO SAY WE ALL

FOREPERSON'S PRINTED NAME

FOREPERSON'S SIGNATURE

10/6/2026

DATED